**EXHIBIT A**

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*E-FILED - 10/13/05*

**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FORNERIS AND MARY FORNERIS,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01656 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS LOUIS FORNERIS AND MARY FORNERIS** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Louis Forneris and Mary Forneris and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Louis

---

2055273.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Louis Forneris and Mary Forneris - 1**

Forneris and Mary Forneris as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 9/7/05

                Respectfully submitted,

                ALEXANDER, HAWES & AUDET, LLP

By: _____
       RICHARD D ALEXANDER, Cal. Bar #48432
       JEFFREY W/ RICKARD, Cal. Bar #125180
       RYAN M. HAGAN, Cal Bar #200850
       152 North Third Street, Suite 600
       San Jose, CA 95112
       Telephone: (408) 289-1776
       Facsimile: (408) 287-1776

Attorneys for Plaintiffs Louis Forneris and Mary Forneris

HUSCH & EPPENBERGER, LLC

By:   /s/ Carol A. Rutter
       THOMAS M. CARNEY, admitted *pro hac vice*
       CAROL A. RUTTER, admitted *pro hac vice*
       190 Carondelet Plaza, Suite 600
       St. Louis, MO 63105-3441
       Telephone: (314) 480-1500
       Facsimile: (314) 480-1505

       RANDALL C. CREECH, Cal. Bar #65542
       CREECH, LIEBOW & KRAUS
       333 West San Carlos Street
       Suite 1600
       San Jose, CA 95110
       Telephone: (408) 993-9911
       Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2055273.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Louis Forneris and Mary Forneris - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FORNERIS AND MARY FORNERIS,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01656 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS LOUIS FORNERIS AND MARY FORNERIS** |

THIS MATTER coming on the motion of Plaintiffs Louis Forneris and Mary Forneris and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Louis Forneris and Mary Forneris's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 10/13/05      /S/ RONALD M. WHYTE

2055273.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Louis Forneris and Mary Forneris - 3**